# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DREVION MARBLEY                          PETITIONER

v.                 Case No. 4:19-cv-00301 KGB

WENDY KELLEY, Director of the
Arkansas Department of Correction                         RESPONDENT

## ORDER

The Court has received Findings and Recommendation from United States Magistrate Judge Patricia S. Harris (Dkt. No. 15). No objections have been filed, and the time for filing objections has passed. After a careful, *de novo* review of the record, the Court concludes that the Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to dismiss filed by respondent Wendy Kelley is granted (Dkt. No. 11). The Court dismisses without prejudice the petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 filed by petitioner Drevion Marbley. All requested relief is denied, and judgment will be entered for respondent Director Kelley. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, because the Court is not convinced that petitioner can make a "substantial showing of the denial of a constitutional right," the Court denies a certificate of appealability. *See* 28 U.S.C. § 2253(c)(2).

It is so ordered this 3rd day of December, 2019.

                                                       Kristine G. Baker
                                                       United States District Judge