**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DREVION MARBLEY**                                                              **PETITIONER**

**v.**                                        **Case No. 4:19-cv-00301 KGB**

**WENDY KELLEY, Director of the**
**Arkansas Department of Correction**                             **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Wendy Kelley.

It is so ordered this 3rd day of December, 2019.

_____
Kristine G. Baker
United States District Judge